| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000   FAX (951) 826-8090<br><br><br><br>Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| IN RE<br><br>Victoria Ann Wylie<br><br><br><br><br>DEBTOR | CHAPTER 13<br>CASE NO. **6:26-bk-10040-RB**<br><br>**TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSION TO CHAPTER 7**<br><br>**341A DATE/TIME:  February 25, 2026  8:00 am**<br>**CONF DATE/TIME: March 26, 2026  2:00 pm**<br>**3420 Twelfth St.**<br>**Courtroom: 303**<br>**Riverside, CA 92501** |

The Chapter 13 Trustee hereby objects to confirmation of the plan in this case for the reasons set forth in Attachment A, incorporated herein by this reference.  The Trustee objects to the plan to the extent that it fails to comply with the mandatory provisions of the bankruptcy code, including but not limited to 11 U.S.C. §1322 and §1325, and any provisions governing disposable income, plan duration, and good faith.  The Trustee reserves the right to raise other objections in the course of plan confirmation.

Debtors and counsel are reminded:

1.  Failure to appear and prosecute this case at any confirmation hearing or initial or continued meeting of creditors may result in dismissal of the case, including dismissal with a 180-day bar to re-filing.  11 U.S.C. §1307(c), LBR 3015-1(c) and (d), 11 U.S.C. §109(g)(1).

2.  Failure to pay all required plan and mortgage payments timely and in the required amounts may result in dismissal of the case, including dismissal with a 180-day bar to re-filing.  LBR 3015-1(e) and (k)(4), 11 U.S.C. §§1326(a), 109(g)(1).

3.  Debtor is required to cooperate with the Chapter 13 Trustee.  11 U.S.C. §521(3).

FG:243 - 02/25/2026 - JD

4.  Any additional documents required to be submitted or requested by the Trustee herein or otherwise must be received by the Trustee not later than 5 business days following the initial 341(a) meeting of creditors.

WHEREFORE, the Chapter 13 Trustee hereby moves this court for its order denying confirmation and dismissing this case, including dismissal with a 180-day bar to re-filing, or converting the case to chapter 7, if appropriate.

DATED: February 25, 2026                          _____/s/ Rod Danielson_____
                                                  Chapter 13 Trustee

FG:243 - 02/25/2026 - JD

**ATTACHMENT A -** WYLIE - 6:26-bk-10040-RB

**Declaration of Rod Danielson in Support For Objection to Plan Confirmation and Request Dismissal**

The Chapter 13 Trustee hereby objects to confirmation of the plan and requests dismissal or conversion of this case on the following grounds and for the following reasons:

| Trustee's Objections | Legal Statutory Basis for Objection | Trustee's Action/Documentation/ Amendment Requested | Deadline |
|---|---|---|---|
| No plan payment was received by the Trustee as of the 341a meeting. | 11 USC 1326(a), LBR 3015-1(k)(1)(A), 11 USC 1307(c)(4). | | |
| Proof of income was not provided before the 341(a). | 11 USC 521(a)(1)(B)(4), 11 USC 521(a)(3), LBR 3015-1(c)(3). | | |
| No 2024 and 2025 Federal and State tax returns were provided. | LBR 3015-1(c)(3), 11 USC 521(e)(2)(A) and (B), 11 U.S.C. 11 USC §1308(a). | | |
| No DSO/TAX declaration was filed, using mandatory form 3015-1.08. | | | |
| No Declaration re Post-Petition Pre-confirmation payments was filed. | LBR 3015-1(e)(3) and (m) (6). | | |
| Notice of Hearings, with a copy of the plan and proof of service attached, was not served on creditors. | FRBP 3015(d) and LBR 3015-1(b)(3). | | |

FG:243 - 02/25/2026 - JD

| Trustee's Objections | Legal Statutory Basis for Objection | Trustee's Action/Documentation/ Amendment Requested | Deadline |
|---|---|---|---|
| All disposable income listed on Amended Schedule J is not pledged to the plan. | 11 USC 1325(b)(1)(B) and (b)(2). | | |

I declare under penalty of perjury that the foregoing is true and correct.  Signed and dated at Riverside, California on 02/25/2026.

_____/s/ Rod Danielson_____
Chapter 13 Trustee

| In re: **VICTORIA ANN WYLIE** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:26-bk-10040-RB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSION TO CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR  5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING  ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**US Trustee: ustpregion16.rs.ect@gov.com**

☐ Service Information continued on attached page

**2.   SERVED BY UNITED STATES MAIL:**
On **02/25/2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here contitutes a declaration that mailing to the judge  <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
VICTORIA ANN WYLIE
PO BOX 3612
CRESTLINE, CA  92325

HONORABLE MAGDALENA
REYES BORDEAUX
3420 TWELFTH ST, SUITE 365
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served ): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method ), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/25/2026 | /s/ Susan Jones |
|---|---|
| Date | Signature |