## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# <u>ORDER AND NOTICE OF DISMISSAL</u>
# <u>ARISING FROM CHAPTER 13 CONFIRMATION HEARING</u>

**DEBTOR INFORMATION:**
Victoria Ann Wylie
aka Victoria Ann Wylie–Hoover

**BANKRUPTCY NO.**  6:26–bk–10040–RB

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–1299
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 4/1/26

**Address:**
PO Box 3612
Crestline, CA 92325

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: April 1, 2026

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court